| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy         02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   SM-T.E.H. Realty 5, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   47-1840115

4. **Debtor's address**

   **Principal place of business**  
   645 Penn Street  
   Reading, PA 19601  
   Number, Street, City, State & ZIP Code

   Berks  
   County

   **Mailing address, if different from principal place of business**  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   2049 Baroque Court Saint Louis, MO 63136  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor  **SM-T.E.H. Realty 5, LLC**  Case number (*if known*) _____
         Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **SM-T.E.H. Realty 5, LLC**  Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | SM-T.E.H. Realty 5, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 4, 2020**
MM / DD / YYYY

X **/s/ Michael Fein**       **Michael Fein**
Signature of authorized representative of debtor      Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Steven M. Wallace**      Date **March 4, 2020**
Signature of attorney for debtor      MM / DD / YYYY

**Steven M. Wallace**
Printed name

**Silver Lake Group, Ltd**
Firm name

**6 Ginger Creek Village Drive**
**Glen Carbon, IL 62034**
Number, Street, City, State & ZIP Code

Contact phone **618-692-5275**      Email address **steve@silverlakelaw.com**

**35738 MO**
Bar number and State

Fill in this information to identify the case:

Debtor name: **SM-T.E.H. Realty 5, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| 1st Priority Drain Cleaning<br>1452 Bayonne Dr.<br>Saint Louis, MO 63103 | | | | | | $1,650.00 |
| A-A Quick Electric Sewer Service<br>3012-A North Lindbergh Blvd.<br>Saint Ann, MO 63074 | | | | | | $212.50 |
| Amazing Glazing<br>c/o Jeffrey D. Hawk<br>690 Ming Lake Drive<br>Washington, MO 63090 | | | | | | $1,420.00 |
| Ameren Missouri<br>P. O. Box 790098<br>Saint Louis, MO 63179-0098 | | Utility Service | | | | $5,928.82 |
| Custom Resurfacing<br>27 Barkwood Trail<br>Saint Peters, MO 63376-3039 | | | | | | $435.00 |
| Goedeke Company<br>812 East Taylor Ave<br>Saint Louis, MO 63147 | | | | | | $2,400.00 |
| Metropolitan St. Louis Sewer District<br>2350 Market Street<br>Saint Louis, MO 63103-2555 | | Sewer | | | | $9,182.28 |
| Missouri American Water<br>P. O. Box 6029<br>Carol Stream, IL 60197-6029 | | Water Service | | | | $5,500.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **SM-T.E.H. Realty 5, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Reinhold Electric**<br>**2511 Lemay Ferry Road**<br>**Saint Louis, MO 63125** | | **Repairs** | | | | $585.00 |
| **Republic Services**<br>**12976 St. Charles Rock Road**<br>**Bridgeton, MO 63044** | | **Waste Haulingq** | | | | $4,100.00 |
| **Sherwin Williams**<br>**3109 Watson Road**<br>**Saint Louis, MO 63139** | | | | | | $231.00 |
| **Spectrum Cleaning Services**<br>**233 Glen Garry Road**<br>**Saint Louis, MO 63137** | | **Cleaning Service** | | | | $625.00 |
| **Taylor Maid Cleaning Services**<br>**4639 Whisper Lake Drive**<br>**Saint Louis, MO 63138** | | **Cleaning Servic3** | | | | $850.00 |
| **Wilmar/Home Depot Pro - St Louis Pro**<br>**623 Lambert Pointe Drive, Building B**<br>**Hazelwood, MO 63042** | | | | | | $229.00 |
| **Wright Way Solutions**<br>**1731 W. Walnut Street**<br>**Springfield, MO 65806** | | | | | | $221.00 |

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **SM-T.E.H. Realty 5, LLC**                                        Case No.
                                  Debtor(s)                               Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of  **2**  page(s) and is true, correct and complete.

/s/ Michael Fein
**Michael Fein**/**Manager**
Signer/Title

Dated:  **March 4, 2020**

```
1st Priority Drain Cleaning
1452 Bayonne Dr.
Saint Louis, MO 63103

A-A Quick Electric Sewer Service
3012-A North Lindbergh Blvd.
Saint Ann, MO 63074

Amazing Glazing
c/o Jeffrey D. Hawk
690 Ming Lake Drive
Washington, MO 63090

Ameren Missouri
P. O. Box 790098
Saint Louis, MO 63179-0098

Custom Resurfacing
27 Barkwood Trail
Saint Peters, MO 63376-3039

Fannie Mae
c/o Nicholas Zluticky, Esq
Stinson LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

Goedeke Company
812 East Taylor Ave
Saint Louis, MO 63147

Metropolitan St. Louis Sewer District
2350 Market Street
Saint Louis, MO 63103-2555

Missouri American Water
P. O. Box 6029
Carol Stream, IL 60197-6029

Reinhold Electric
2511 Lemay Ferry Road
Saint Louis, MO 63125

Republic Services
12976 St. Charles Rock Road
Bridgeton, MO 63044

Sherwin Williams
3109 Watson Road
Saint Louis, MO 63139

Spectrum Cleaning Services
233 Glen Garry Road
Saint Louis, MO 63137
```

```
Taylor Maid Cleaning Services
4639 Whisper Lake Drive
Saint Louis, MO 63138

Wilmar/Home Depot Pro - St Louis Pro
623 Lambert Pointe Drive, Building B
Hazelwood, MO 63042

Wright Way Solutions
1731 W. Walnut Street
Springfield, MO 65806
```