**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

| | |
|---|---|
| **In re:** | **Case No.: 20–41205 – A659** |
| SM–T.E.H. Realty 5, LLC | **Chapter: 11** |
| **Debtor(s)** | |

## ORDER AND NOTICE OF DOCUMENTS DUE

The following documents were not filed with the voluntary petition or by the date of the order of conversion. They are due within 14 days from the date of filing of the above listed bankruptcy petition or from the date of the order of conversion.

**NOTICE IS HEREBY GIVEN THAT FAILURE TO TIMELY FILE THE DOCUMENTS NOTED BELOW**
☑ **OR FILE A WRITTEN REQUEST FOR EXTENSION OF TIME WITHIN THE 14–DAY PERIOD MAY LEAD TO DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE OR HEARING OR MAY LEAD TO OTHER ACTION.**

---

☐ The Filer incorrectly filed the Individual Form for at least one or more of the documents indicated below. The correct NON–INDIVIDUAL Form MUST be filed.

☑ A Summary of Your Assets and Liabilities (Form B206Sum)

☑ Schedule A/B: Property – Non–Individual (Form B206A/B)

☑ Schedule D: Creditors Who Hold Claims Secured by Property (Form B206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Form B206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (B206G)

☑ Schedule H: Your Codebtors (Form B206H)

☑ Declaration Under Penalty of Perjury On Behalf of a Corporation or Partnership (Form B202)

☑ Statement of Your Financial Affairs (B207)

☑ Disclosure of Compensation of Attorney for Debtor (Fed. R. Bankr. P. 2016(b)) ( Form B2030)

☐ A Summary of Your Assets and Liabilities; All Schedules; Declaration Under Penalty of Perjury on Behalf of a Corporation or Partnership; and Statement of Your Financial Affairs.

☐ Voluntary Petition Form B101 was filed. Voluntary Petition Form B201 MUST be filed as an Amended Petition.

☐ Statement of Corporate Ownership required by Fed. R. Bankr. P. 1007(a)(1) and 7007.1.

☐ Documents required to be filed pursuant to Local Rule 1019(A)(3)

☐ Matrix and Verification of Matrix in Converted Case, if Creditors are being added (L.R. 1019)

☐ Other

BY THE COURT

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

**Dated:** 3/5/20
**St. Louis, Missouri**
Rev. 12/17 defnon14