**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102
(314) 244–4500

In re:  SM–T.E.H. Realty 5, LLC
**Debtor(s):**
SM–T.E.H. Realty 5, LLC – See below for reported alias information 47–1840115
See below for reported alias information

Case No.: 20–41205

Chapter: 11
Date Filed: 3/5/20
7 – Day Notice

## ORDER AND NOTICE OF DOCUMENTS DUE

**Due to omissions in the voluntary petition and/or other filings, the following are due within 7 days from the date of this notice.**

**Notice is hereby given that failure to correct the matters noted below ☑ or file a written request for extension of time within the 7–day period may lead to the dismissal of this case without further notice or hearing from this Court.**

- ☑ Attachment to Voluntary Petition for Non–Individuals Filing for Bankruptcy under Chapter 11 (Official Form B201A) (Required for Publicly Held Chapter 11 Corporations **only**)

- ☐ Social Security Number or Tax ID Number for Debtor(s) must be provided by phone to Director of Case Initiation and Administration at (314) 244–4802 immediately. An amended petition providing the last four digits of the social security number(s) or providing complete Tax ID(s) must be filed (Fed. R. Bankr. P. 1005) within 7 days of the date of this notice.

- ☐ Petition was not signed by the attorney for debtor. An amended Voluntary Petition is required.

- ☐ Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form B119). The full Social Security Number of Bankruptcy Petition Preparer must be provided as required by 11 U.S.C. § 110.

- ☐ Petition does not indicate chapter of bankruptcy selected. A telephone call was made to you or your office so the petition could be filed today under the appropriate chapter. However, you will need to file an amended petition with the appropriate chapter indicated and original signatures of debtor(s) and the attorney for debtor(s) or non–attorney preparer, if applicable.

- ☐ A Compensation and Disclosure Statement for non–attorney preparer under 2016(c). The full Social Security Number of Bankruptcy Petition Preparer must be provided as required by 11 U.S.C. § 110.

- ☐ Other

**BY THE COURT:**

*Kathy A Surratt-States*

**U.S. Bankruptcy Judge**

Dated: 3/5/20
St. Louis, Missouri
Rev. 12/17 defnot7