**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In re:                                                    Case No.: 20–41205 – A659

SM–T.E.H. Realty 5, LLC                                   Chapter: 11

Debtor(s)

## ORDER AND NOTICE OF DOCUMENTS DUE

**The following documents were not filed with the voluntary petition or by the date of the order of conversion. They are due within 14 days from the date of filing of the above listed bankruptcy petition or from the date of the order of conversion.**

**NOTICE IS HEREBY GIVEN THAT FAILURE TO TIMELY FILE THE DOCUMENTS NOTED BELOW ☑ OR FILE A WRITTEN REQUEST FOR EXTENSION OF TIME WITHIN THE 14–DAY PERIOD MAY LEAD TO DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE OR HEARING OR MAY LEAD TO OTHER ACTION.**

---

☐ The Filer incorrectly filed the Individual Form for at least one or more of the documents indicated below. The correct NON–INDIVIDUAL Form MUST be filed.

☑ A Summary of Your Assets and Liabilities (Form B206Sum)

☑ Schedule A/B: Property – Non–Individual (Form B206A/B)

☑ Schedule D: Creditors Who Hold Claims Secured by Property (Form B206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Form B206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (B206G)

☑ Schedule H: Your Codebtors (Form B206H)

☑ Declaration Under Penalty of Perjury On Behalf of a Corporation or Partnership (Form B202)

☑ Statement of Your Financial Affairs (B207)

☑ Disclosure of Compensation of Attorney for Debtor (Fed. R. Bankr. P. 2016(b)) ( Form B2030)

☐ A Summary of Your Assets and Liabilities; All Schedules; Declaration Under Penalty of Perjury on Behalf of a Corporation or Partnership; and Statement of Your Financial Affairs.

☐ Voluntary Petition Form B101 was filed. Voluntary Petition Form B201 MUST be filed as an Amended Petition.

☐ Statement of Corporate Ownership required by Fed. R. Bankr. P. 1007(a)(1) and 7007.1.

☐ Documents required to be filed pursuant to Local Rule 1019(A)(3)

☐ Matrix and Verification of Matrix in Converted Case, if Creditors are being added (L.R. 1019)

☐ Other

**BY THE COURT**

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

**Dated:** 3/5/20
**St. Louis, Missouri**
Rev. 12/17 defnon14

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                          Case No. 20-41205-kss
SM-T.E.H. Realty 5, LLC                                         Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0865-4         User: admin              Page 1 of 1          Date Rcvd: Mar 05, 2020
                             Form ID: defnon14        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
db            +SM-T.E.H. Realty 5, LLC,    645 Penn Street,    Reading, PA 19601-3543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
            Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
            Steven M. Wallace    on behalf of Debtor    SM-T.E.H. Realty 5, LLC steve@silverlakelaw.com,
            denise@silverlakelaw.com
                                                                              TOTAL: 2